IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MATTIE N. TAYLOR,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 05-0301-CG-M |
| **JO ANNE B. BARNHART,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated December 7, 2005, is **ADOPTED** as the opinion of this court.

**DONE and ORDERED** this 3rd day of April, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE