IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTIE N. TAYLOR,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 05-0301-CG-M |
| **JO ANNE B. BARNHART,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that the Commissioner's decision be and hereby is **AFFIRMED**.

**DONE** this 3rd day of April, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE